Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida
Orlando Division

Plaintiff(s): JAMICAH BASS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): MARLENA ALVA

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 6:21-cv-415-Orl-37-EJK
*(to be filled in by the Clerk's Office)*

FILED 2021 MAR -3 PM 2:36
MIDDLE DISTRICT COURT OF FLORIDA
ORLANDO, FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: **Jamicah Bass**
- All other names by which you have been known: **Wolf Holding Bey**
- ID Number:
- Current Institution: **John E. Polk Facility**
- Address: **211 Eslinger Way**
  **Sanford, FL 32771**
  City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: **Marlene Alva**
- Job or Title *(if known)*: **Magistrate**
- Shield Number:
- Employer: **Seminole County Courthouse**
- Address: **101 Eslinger Way**
  **Sanford, FL 32771**
  City / State / Zip Code
- [ ] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: **Seminole County Clerk of Court**
- Job or Title *(if known)*: **Clerk**
- Shield Number:
- Employer: **Seminole County Courthouse**
- Address: **101 Eslinger Way**
  **Sanford, FL 32771**
  City / State / Zip Code
- [ ] Individual capacity  [✓] Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name: John E. Polk Facility
  Job or Title (if known):
  Shield Number:
  Employer: John E. Polk Correctional Facility
  Address: 211 Eslinger Way
  Sanford   FL   32771
  City       State   Zip Code
  ☐ Individual capacity   ☑ Official capacity

Defendant No. 4
  Name: Altamonte Springs Police
  Job or Title (if known): Public Servant
  Shield Number:
  Employer: Altamote Springs Police Department
  Address:
  City       State   Zip Code
  ☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

  ☐ Federal officials (a *Bivens* claim)

  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Right to life, libERty, and the pursuit of happiness

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

## Violation of the Bill of Rights of the U.S Constitution

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Due process, Human Trafficing, False Imprisonment

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The Altamonte Springs Police arrested me based on heresay, illegally detained me and Human trafficed me to John E Polk facility.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

While at John E Polk facility, I am being held against my free will being extorted for money daily $3.00 per day, false imprisonment without being convicted of a crime. Innocent until proven guilty beyond reasonable doubt.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

July 3, 2019 and February 12, 2021

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Magistrate Marlene Alva Abuses her power, Refusing to abide and uphold the oath she took to uphold the Constitution, Alva attempts to threaten and coerce me into having an Attorney even though I understand my Rights and facts of the case. Futhermore, Alva refuses to Address my Affidavits (motions) filed to the Clerk of Court as pro se, leaving me at an unfair advantage to properly defend myself.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Since being incarcerated I have suffered from a fractured shoulder, mental Anguish, loss of income, public humiliation, loss of Real Estate, loss of future Business, PTSD from being falsely imprisoned, The loss of life, Liberty and the Pursuit of Happiness where all Americans are treated equally.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

For the injuries sustained I want the Court to Award me $25 million dollars plus the Cost of Shoulder Surgery. The loss of Life, Liberty, and Pursuit of Happiness, Loss of Property, mental Anguish, Human Trafficking, false imprisonment, public humiliation.

Page 5 of 11

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

John B. Polk Correctional, Seminole County Courthouse

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

They cover some but none all issues.

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

On a tablet

2. What did you claim in your grievance?

Violation of Bill of Rights, Mental Anguish, Loss of Income, False Imprisonment, Human Trafficking, Injuried Shoulder

3. What was the result, if any?

No Result from Any issue Exept pain medicine.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Ive witnessed dicrimination, fear tactics used, Threats of punishment for speaking out, This facility and the Court violate their oath Causing a Constitution Crisis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

I've filed them

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Magistrate Marlene Alva is causing a Constitutional Crisis.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☑ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   I've withdrawn a pleA due to fraud and newly discovered evidence, Entering a negative PLEA under General Traverse

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      
      _____

   3. Docket or index number
      
      _____

   4. Name of Judge assigned to your case
      
      _____

   5. Approximate date of filing lawsuit
      
      _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No
      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      
      _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/01/2021

Signature of Plaintiff: /s/

Printed Name of Plaintiff: Jamicoff Bass

Prison Identification #: 202100000865

Prison Address: 211 Eslinger Way
Sanford, FL 32771

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City, State, Zip Code: _____
Telephone Number: _____
E-mail Address: _____

# Affidavit

CASE: 2019CF002208A

## Habeas Corpus (Great writ)

For the Record and may it please the Court, A Application is served on the respondent, who must either prove the person is not DETAINED by the respondent or the respondent's agents or must prove the custody is not in violation of the Constitution or the laws or treaties of the United States or, in state court, of the Constitution and laws of the United States or that state. Depending on the claims made by the petitioner, the court may review the respondent's authority to hold the petitioner, the evidence and procedures by which the petitioner came into the respondents control, the sufficiency of the evidence against the petitioner, and claims of unconstitutional process that may have led the petitioner to be arrested, detained, or convicted. A finding by the court that the detention is unlawful usually leads to an order to the Respondent that the petitioner be released.

In closing, the Right of Review of custody by habeas corpus is a fundamental constitutional Right. It is A bulwark of individual liberty, having been used in England since atleast the fourteenth century to free people who were held by local lords or church courts without legal authority or without having complied with the requirements of law.

On the 1st Day of March 2021

JAMICAH BASS - Trust

WOLF ESQUIRE - Secured Creditor

AFFIDAVIT

CASE: 2019 CF002208A

Motion to Withdraw Plea
Pro Se
Appeal

For the record and may it please the Court, I am a American National on the American land, I have filed form 56 to the IRS, Secretary of State, Attorney General, And the Department of Treasure of the United States and Puerto Rico appointing Wolf Holding Esquire BEY as fiduciary over JAMICAH JERROD BASS.

Furthermore, I have withdrawn the plea entered on the 24th day of September 2019 well before the 30 days under fraud and newly discovered evidence and entered into a Negative Plea under General Traverse. The Allegations of Domestic Battery-By-Strangulation lacks substancial evidence to prosequte according to Florida Statue and evidence provided by State Attorney Richard Babcock.

Also, In Jennings V. State, 135 SO 3d 581 (Fla App 2014) the State failed to produce evidence sufficient to support the battery-by-strangulation charge, to prove the state must show a knowingly and intentionally impeded the normal breathing or circulation of the blood against there will by applying pressure on the throat and neck, in doing so created risk of great bodily harm and not mere scratches and bruises.

The defenition of "Accused" A person charged with a criminal act or other misconduct. One of the Constitutional requirements is the use of a grand jury in charging persons with crimes, and the reason has been well stated as placing between the accuser and the accused a buffer who may independently review what the accuser proposes before charging

the accused. United States v. Cederquist 641 F.2d 1347, 1350 (9th Cir.)

In closing, I have filed a Motion to Withdraw plea, Habeas Corpus (Great Writ), Motion to Surpress Evidence with the 18th Judicial Court in and for Seminole County, Florida. I am requesting the Middle District Court to Dismiss the allegations presented against the Trust of JAMICAH JERROD BASS and accept the Affidavit for Withdraw based on lack of Evidence and violation of Bill of Rights of the United States Constitution.

JAMICAH JERROD BASS - Trust
Wolf Esquire - Secure Creditor

on the 1st Day of March 2021